**Thalia STEVENSON, Plaintiff–Appellant**

v.

**Ann WILLIAMSON; State of Louisiana, through the Department of Social Services, Defendants–Appellees.**

No. 08–30539.

United States Court of Appeals,
Fifth Circuit.

May 12, 2009.

Jill Leininger Craft, Baton Rouge, LA, for Plaintiff–Appellant.

---

Thibaut, Thibaut & Vogt, Baton Rouge, LA, Stephen H. Vogt, for Defendants–Appellees.

Before SMITH, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Thalia Stevenson appeals the district court's dismissal of her discrimination and retaliation claims on summary judgment. For essentially the reasons set forth in the district court's Ruling on Motion for Summary Judgment, we AFFIRM the judgment of the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.